UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Deborah A. Doyle
John P. Doyle

Case No.: 08 B 08932

Chapter: 13

Debtor(s) | Judge Susan Pierson Sonderby

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Tom Vaughn, Chapter 13 Trustee, 200 South Michigan, Suite 1300, Chicago, IL 60604
Deborah A. Doyle, John P. Doyle , Debtor(s), 5943 Liberty Square, Oak Forest, IL 60452
Michael N Burke, Attorney for Debtor(s), 407 S Dearborn 6th Floor, Chicago, IL 60605

You are hereby notified that when the Trustee's Notice of Final Mortgage Cure the debtor(s) is(was) due to CHASE HOME FINANCE LLC for the contractual mortgage payment due 04/01/2010.  In addition, the Debtor(s) remain due for the difference between the amended proof of claim that was filed on 6/26/08 in the amount of $29,344.99 and the original claim filed by CHASE HOME FINANCE LLC in the amount of $28,524.68.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 07/01/2010, CHASE HOME FINANCE LLC's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on June 1, 2010.

/s/ Joel P. Fonferko
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE ( 14-07-N894)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.